IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                         No. CIV S-09-1245 GGH P

    vs.

GRANNIS, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42 U.S.C. § 1983.  By concurrent <u>Order</u> plaintiff's claims against several other defendants were dismissed with leave to file a second amended complaint.

        Plaintiff's complaint states a cognizable claim for relief against defendant Bishop.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Service is appropriate for the following defendant: Bishop.

        2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed August 3, 2009.

        3.  Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;

  b. One completed summons;

  c. One completed USM-285 form for each defendant listed in number 1 above; and

  d. Two copies of the endorsed complaint filed August 3, 2009.

 4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 14, 2009

         /s/ Gregory G. Hollows
         _____
         UNITED STATES MAGISTRATE JUDGE

GGH:AB
will1245.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

      Plaintiff,                  No. CIV S-09-1245 GGH P

  vs.

GRANNIS, et al.,                       NOTICE OF SUBMISSION

      Defendants.                 OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 forms

      __2__     copies of the __August 3, 2009__
                                          Amended Complaint

DATED:

                                        _____
                                        Plaintiff