IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                        No. CIV S-09-1245 FCD GGH P

    vs.

NOLA GRANNIS, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 24, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed February 24, 2010, are adopted in full;

4       2. Defendant CDCR and Lieber are dismissed from this action; and

5       3. Plaintiff's claim under the Fourteenth Amendment, Sixth Amendment, the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, and California Government Code Section 11135 are dismissed.

DATED: April 6, 2010.

                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE