IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                      No. CIV S-09-1245 FCD GGH P

    vs.

NOLA GRANNIS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 14, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2010, are adopted in full; and

2. Defendants' motion to dismiss Claim Two, alleging violations of plaintiff's First and Eighth Amendment rights, as to defendant Bishop (Doc. 27) is granted for failure to exhaust administrative remedies. Defendants are directed to file a responsive pleading with regard to the other claims within twenty-eight days.

DATED: January 12, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE