IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,** | Case No. 2:09-cv-01245 KJM GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **GRANNIS, et al.,** | |
| Defendant. | |

Defendants' request to conduct Plaintiff John Wesley Williams's deposition via video-conference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: April 25, 2011        /s/ Gregory G. Hollows
                                   _____
                                   U.S. MAGISTRATE JUDGE

Will1245.video