IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,** | Case No. 2:09-CV-01245 FCD GGH P |
| Plaintiff, | ORDER |
| v. | |
| **GRANNIS, et al.,** | |
| Defendant. | |

Good cause appearing:  (1) the deadlines for taking Plaintiff's deposition and for filing any motion necessary to compel his appearance are extended to July 22, 2011; and (2) the dispositive motion deadline is extended by thirty days, or until October 3, 2011.

Dated:  June 2, 2011                        /s/ Gregory G. Hollows
                                        _____
                                        United States Magistrate Judge

Will1245.eot2