IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS

      Plaintiff,                    No. 2:09-cv-01245 KJM GGH P

      vs.

GRANNIS, et al.

      Defendants.            <u>ORDER</u>

      _____/

      The parties have stipulated to dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. All pending motions (Docket Nos. 53, 54, 55, 58, and 59) are denied as moot.

      2. The Clerk of Court shall close this case.

DATED: October 4, 2011

                               /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:rb/will1245.59